The judgment appealed from by the state is affirmed.

(131 So. 734)

STATE of Louisiana v. Tony DANNA et al.

No. 30823.

Dec. 1, 1930.

Percy Saint, Atty. Gen., Amos L. Ponder, Jr., Dist. Atty., of Amite, and E. R. Schowalter, Ass't to Atty. Gen., for the State.

Thomas A. Warner, of Hammond, and Amos L. Ponder, Sr., of Amite, for appellees.

THOMPSON, J.

The question of law presented in this case is the same as the one presented in case No. 30822, ante p. 628, 131 So. 733, against the same parties, and for the reasons assigned in that case the judgment herein appealed from is affirmed.